■ In the Matter of SUSAN BALTRUS, Respondent, v MATT BALTRUS, Appellant. [785 NYS2d 743]—In a child support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Nassau County (Lawrence, J.), dated February 6, 2004, which denied his objections to so much of an order of the same court (Kahlon, H.E.), dated August 4, 2003, as awarded the mother child support in the sum of $3,443 per month, and support arrears in the sum of $34,734.

Ordered that the order is affirmed, with costs.

Contrary to the father's contention, the Family Court's award of child support, calculated pursuant to the Child Support Standards Act as provided in a stipulation between the parties, was just and appropriate (see Domestic Relations Law § 240 [1-b]; *Luisi v Luisi,* 6 AD3d 398 [2004]; *Chalif v Chalif,* 298 AD2d 348 [2002]).

The father's remaining contentions are without merit. Ritter, J.P., S. Miller, Goldstein and Fisher, JJ., concur.

■ In the Matter of THERESA BARTON, Appellant, v JOHN BARTON, Respondent. [785 NYS2d 544]—In related visitation proceedings pursuant to Family Court Act article 6, Theresa Barton appeals from an order of the Family Court, Kings County (Morgenstern, J.), dated October 9, 2003, which, inter alia, denied her petition to modify a prior order of the same court, among other things, awarding her temporary supervised visitation with the subject children.

Ordered that the appeal is dismissed, without costs or disbursements, as no appeal lies as of right from a nondispositional order of the Family Court (see Family Ct Act § 1112 [a]), and leave has not been granted (see *Matter of Blake v Blake,* 284 AD2d 455 [2001]).

The mother's contention that the Family Court improperly denied her various petitions for an order of protection pursuant to Family Court Act article 8 is not before us, as the order appealed from did not address those petitions. Krausman, J.P., Goldstein, Luciano and Fisher, JJ., concur.